■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE COLON, Appellant. [44 NYS3d 25]—

Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered April 16, 2014, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender previously convicted of a violent felony, to a term of six years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations.

The court properly exercised its discretion in denying defendant's request for new counsel, made before the suppression hearing. The court gave defendant ample opportunity to air his grievances against counsel, and this constituted a suitable inquiry, given the lack of substance of those complaints (*see People v Porto*, 16 NY3d 93, 100-101 [2010]). Defendant only expressed disagreements about trial strategy, misunderstandings of law, and a generalized complaint about the quality of the representation (*see e.g. People v Hopkins*, 67 AD3d 471, 472 [1st Dept 2009], *lv denied* 14 NY3d 771 [2010]). Counsel's comments did not create a conflict or have any adverse impact on defendant (*see People v Nelson*, 27 AD3d 287 [1st Dept 2006], *affd* 7 NY3d 883 [2006]).

Defendant's challenge to the legality of the use of his third-degree weapon possession conviction as a violent predicate felony is unavailing (*see People v Smith*, 27 NY3d 652, 670 [2016]). We perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Renwick, Richter, Manzanet-Daniels and Kapnick, JJ.